IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILSON L. CLOW JR., and
LYNNE A. CLOW,

    Plaintiffs,               1:12-CV-222-CL

    v.                             **ORDER**

BANK OF AMERICA, NA; BAC
(BANK OF AMERICA CORPORATION),

    Defendants.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation and the matter is now before me. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiffs filed objections and I have reviewed the file of this case *de novo*. See 28 U.S.C. §

1 - ORDER

636(b)(1)(c); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). I conclude the R & R is correct.

I adopt the Report and Recommendation (#14). This matter is dismissed with prejudice.

IT IS SO ORDERED.

DATED this **22** day of August, 2012.

*[Signature: Owen M. Panner]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER